UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>EDGAR OSWALDO GONZALEZ BARRAGAN,<br><br>　　　　　　　　Defendant. | CASE NO. 2:25-cr-00232-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

　　　　This matter comes before the Court on Defendant Edgar Gonzalez Barragan's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 21. Mr. Gonzalez Barragan seeks to continue the trial date from January 26, 2026 to September 28, 2026, and to continue the pretrial motions deadline from December 26, 2025 to a date "consistent with the new trial date." *Id.* at 1; *see also* Dkt. No. 20 (setting current trial date and pretrial motions deadline). The Government does not oppose the motion. Dkt. No. 21 at 1.

　　　　Mr. Gonzalez Barragan is charged with two counts of Attempted Robbery in violation of 18 U.S.C. §§ 1951(a) and (b)(1), one count of Robbery in violation of 18 U.S.C. §§ 1951(a) and

1   (b)(1), and one count of Bank Robbery in violation of 18 U.S.C. § 2113(a). Dkt. No. 14 at 1–3.
2   This is Mr. Gonzalez Barragan's first request for a trial date continuance.

3       Mr. Gonzalez Barragan requests a continuance because "[t]he government has not yet
4   provided discovery to the defense," and the parties are negotiating a stipulated motion for a
5   protective order that will require "at least some of the discovery be reviewed in-person with Mr.
6   Gonzalez Barragan at the FDC[.]" Dkt. No. 21 at 1–2. In addition, each of the four counts "calls
7   for the defense team to engage in fact-specific, unique investigation and evaluation," and the
8   defense may need to consult with experts. *Id.* at 2. For these reasons, "counsel requests additional
9   time to receive and review the discovery, investigate the allegations, address legal issues, research
10  pretrial motions, obtain records, continue plea negotiations with the government, and explain
11  potential plea, trial, or sentencing consequences with Mr. Gonzalez Barragan." *Id.* Mr. Gonzalez
12  Barragan has waived his speedy trial rights through October 12, 2026. Dkt. No. 22.

13      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by
14  granting a continuance outweigh the best interest of the public and Mr. Gonzalez Barragan in any
15  speedier trial. Specifically, the Court finds that failure to grant the requested continuance would
16  likely result in a miscarriage of justice and would deny defense counsel the reasonable time
17  necessary for effective preparation—taking into account the exercise of due diligence—due to
18  counsel's need for more time to receive and review the discovery, investigate the allegations,
19  address legal issues, research pretrial motions, obtain records, and explain potential plea, trial, or
20  sentencing consequences with Mr. Gonzalez Barragan. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The
21  Court finds that the additional time requested is a reasonable period of delay and will be necessary
22  to provide counsel and Mr. Gonzalez Barragan reasonable time to accomplish the above tasks.

23      For these reasons, the Court GRANTS the motion, Dkt. No. 21, and ORDERS that the trial
24  date shall be continued from January 26, 2026 to September 28, 2026, and the pretrial motions

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 2

1  deadline shall be continued to August 10, 2026. It is further ORDERED that, pursuant to 18 U.S.C.

2  § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is

3  EXCLUDED when computing the time within which Defendant's trial must commence under the

4  Speedy Trial Act.

5      Dated this 23rd day of December, 2025.

                                                     *Lauren King*
                                                     Lauren King
                                                     United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE - 3