UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR OSWALDO GONZALEZ BARRAGAN,<br>Defendant. | CASE NO. 2:25-cr-00232-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Edgar Gonzalez Barragan's Second Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 26. Mr. Gonzalez Barragan seeks to continue the trial date from September 28, 2026, to May 10, 2027, with a pretrial motions deadline "consistent with the new trial date." *Id.* at 1; *see also* Dkt. No. 23 (setting current trial date and pretrial motions deadline). The Government does not oppose the motion. Dkt. No. 26 at 1.

Mr. Gonzalez Barragan is charged with two counts of Attempted Robbery in violation of 18 U.S.C. §§ 1951(a) and (b)(1), one count of Robbery in violation of 18 U.S.C. §§ 1951(a) and

(b)(1), and one count of Bank Robbery in violation of 18 U.S.C. § 2113(a). Dkt. No. 14 at 1–3. This is Mr. Gonzalez Barragan's second request for a trial date continuance.

Mr. Gonzalez Barragan requests a continuance because "[t]he initial production of discovery [produced in February 2026] includes more than 49 GBs of data, including many hours of video surveillance from law enforcement body cameras, . . . audio of witness interviews, and video and audio calls made by Mr. Gonzalez Barragan from custody." Dkt. No. 26 at 2. In addition to those "voluminous . . . media files," "there are two Cellebrite extractions, cell tower data and forensic reports, multiple search warrants, and a voluminous collection of law enforcement reports." *Id.* Although the second production of discovery in April 2026 "was more limited," it included "forensic reports and DNA analysis of evidence in the case." *Id.* Defense counsel also avers that she "needs additional time to assess whether expert witnesses should be consulted or retained prior to trial and to interview potential witnesses." *Id.* Finally, "[p]lea negotiations are ongoing with the government, and the parties have discussed a potential global resolution that requires communication and negotiation with their counterparts in Pierce County." *Id.* Mr. Gonzales Barrigan therefore requests "additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Gonzalez Barragan." *Id.* at 2–3. Mr. Gonzalez Barragan has waived his speedy trial rights and consents to the continuation of his trial "to a date up to and including June 7, 2027." Dkt. No. 27.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Gonzalez Barragan in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time

necessary for effective preparation—taking into account the exercise of due diligence—due to counsel's need for more time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, explore the need for expert witnesses, interview potential witnesses, and explain potential plea, trial, or sentencing consequences with Mr. Gonzalez Barragan. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Gonzalez Barragan reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 26, and ORDERS that the trial date shall be continued from September 28, 2026 to May 10, 2027, and the pretrial motions deadline shall be continued to March 29, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Gonzales Barrigan's trial must commence under the Speedy Trial Act.

Dated this 10th day of August, 2026.

Lauren King
United States District Judge